■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARVIN ALCOCK, Appellant. [748 NYS2d 686] —Appeal by the defendant (1), as limited by his brief, from a sentence of the Supreme Court, Kings County (Gerges, J.), imposed May 25, 1999, and (2), by permission, from an order of the same court,

dated February 13, 2001, which denied his motion pursuant to CPL 440.10 to vacate the judgment of conviction.

Ordered that the appeal from the order is dismissed as withdrawn; and it is further,

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80). Florio, J.P., Friedmann, Adams and Crane, JJ., concur. [*See* 188 Misc 2d 284.]